AMOUNT $350.00 RECEIPT 26065
SUMMONS ISSUED ___Y___
LOCAL RULE _____
WAIVER FOR _____
MCF ISSUED _____
BY DPTY. CLK _(signature)_
DATE 10/30/2006

**06 CA 11984 GAO**

OCTOBER 30, 2006
COVER SHEET FOR FEDERAL COURT
BOSTON, MASSACHUSETTS

DALEY V GOVENOR ROMNEY, LT GOVENOR HEALEY, THE STATE OF MASSACHUSETTS, THE FEDERAL GOVERNMENT, U.S.SECURITY ASSOCIATES INC., AND AMERICAN EXPRESS.

MAGISTRATE JUDGE _Dein_

  I PAUL DALEY HEREBY MAKE THIS FORMAL COMPLAINT AGAINST THE ABOVE NAMED INDIVIDUALS, INSTITUTIONS, AND ORGANIZATIONS, FOR SIEZING POWERS OF AUTHORITYS THEIR NOT ENTITLED TO: SOLE AUTONOMUS AUTHORITY, THROUGHT THE PACTICE OF FEDERALISIM, ENBEDED WITH THE INFLUENCE OF BY PARTISAN FAVORTISIM, EMPOWERED BY OUTSOURCEING, AND AIDED BY PRIVATIZATION: OF SOCIAL SURPRESSION, ECONOMIC OPPRESSION, KNOWLEDGABLE AND WILLFULL VIOLATIONS OF SEPERATION OF POWERS, KNOWLEDGEABLE AND WILLFULL PERJURY TO A SUPERIOR COURT JUDGE, KNOWINGLY AND WILLFULLLY ALTERING FORMAL TESTAMONY, STATE AND FEDERAL TAX FRAUD AND OTHER TAX CODE VIOLATIONS FOR 28 YEARS, AND MULTIPLE COUNTS OF THE FOLLOWING VIOLATIONS CONSTITUTIONAL LAW, CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, CIVIL LIBERRTYS, AMERICANS WITH DISSABILITYS ACT, EXTORTION, HUMAN RIGHTS, KNOWLEDGEABLE AND WILLFULL NEGLEGENCE AND MALPRACTICE, KNOWLEDGEABLE AND WILLFULL ENDANGERMENT WITH ALL MALICE INTENT TO CAUSE SEVERE BODILY HARM, AND OR DEATH, KNOWINGLY AND WILLFULLY ENDANGERING STATE AND FEDERAL ENTITLEMENT PROGRAMS, SOCIAL PREJUDICE AND DISCRIMINATION AGAINST THE BLIND AND DISABLED, CONSPIRACY TO DEFRAUD, CONSPIRACY TO UNDERMINE THE ECONOMY, CONSPIRACY TO OVERTHROW THE GOVERNMENTS OF THE STATE OF MASSACHUSETTS ,AND THE GOVERNMENT OF THE UNITED STATES THROUGH SOCIAL SURPRESSION AND ECONOMIC OPPRESSION OF THE PEOPLE, ATTEMPTED MNURDER THROUGH KNOWLEDGEABLE AND WILLFULL NEGLENCE AND MALPRACXTICE, OTHER CHARGES STATED IN DOCUMENTATIONS. THUS RESULTING IN LOSS OF HEALTH, A GREATER LOSS OF VISION, SEXUAL DISFUNCTION, A NEW PHYSICAL DISSABILITY, LOSS OF ABILITY TO ENGAGE IN ECONOMIC OPPERTUNITYS, SEVER ENDEBTEDNESS, PUBLIC HARRASSMENT, DEPRIVATION OF SERVICES, FORCIBLY IMPOSED RESTRICTIONS ON MY FREEDOMS OF CHOICE, LOSS OF INDIVIDUAL SECURITY, LOSS OF SOVEREIGNTY AS A CITIZEN, IMPEDEMENT ON SPIRITUAL PRACTICES, AMONGST OTHERS.
  THESE AND OTHER ATROCITYS STILL CONTINUE TODAY, WHICH EFFECT ME IN ALL MY AFFAIRSPUBLICLY, AND PRIVATLY THEREFORE I SEEK THE FULL SURRENDER OF ALL POWER AND AUTHORITY OF THE STATE OF MASSACHUSETTS AND THE FEDERAL GOVERNMENT, THE REVERSAL OF ALL APPOINTMENTS,MADE BY THE STATE OF MASSACHUSETTS, AND THE FEDERAL GOVERNMENT AND THE PREVIOUSE ADMINISTRATIONS OF THE STATE OF MASSACHUSETTS AND THE FEDERAL GOVERNMENT, THE SUSPENTION AND INVESTIGATION OF ALL LAWS, RULES ORDINENCES, VENUES, IMPLIMENTATIONS, AND ANY OTHER LEGAL OR BINDING AGREEMENT, NO MATTER HOW TEMPORARY, OR PERMENENT MADE BY THE STATE OF MASSACHUSETTS AND THE FEDERAL GOVERNMENT, AND THE PREVIOUSE ADMINISTRATIONS OF THE STATE OF MASSACHUSETTS AND THE FEDERAL GOVERNMENT, IREQUEST A FULL EXAMINATION TO REVEAL THE TRUTHFULL NATURE OF MY PHYSICAL, SKELATAL, AND ALL OTHER MEDICAL CONDITIONS THAT THE DEPAPRTMENT OF MENTAL HEALTH, AND HEALTH AND HUMAN SERVICES HAVE HIDDEN AND EVADED FOR SEVEN PLUSS YEARS WHICH ARE RESPONSIBLE FOR MY PHYSICAL VISIUAL, MENTAL, EMOTIONAL, SEXUAL, AND PORTIONS OF FINANCIAL DIFFICULTY TODAY. I ALL SO PEQUEST THE IMMEADIATE SUSPENTION OF ALL DEBTS, AND COLLECTION PRACTICES BY THE MASSACHUSETTS DEPARTMENT OF REVENUE, THE INTERNAL REVENUE SERVICE, THE STATE OF MASSACHUSETTS AND THE FEDERAL GOVERNMENTS DEPAPRTMENT OF EDUCATION, AND HEALTH AND HUMAN SERVICES, I REQUEST THE INVOCATION OF ARTICLE III OF THE CONSTITUTION OF THE UNITED STATES. WHERE AS SOME OF THESE CHARGES WOULD RESULT IN CRIMINAL TRIAL BY JURY, AND OTHER PORTIONS WOULD LIKELY REQUIRE THE ARTICLES OF I AND ARTICLE II TO BE INVOLKED AS WELL. I ALL SO REQUEST THAT I BE APPOINTED AN ATTORNEY  ACCORDING TO THE CONSTITUTION UNDER THE SECOND, FIFTH, AND TWENTY SEVENTH AMENDMENTS THAT HAS SET ASID A FUND FOR THE RIGHT TO DUE PROCESS TO

REPRESENTATION, WHERE AS I WILL NOT SETTLE, NOR COMPROMISE ANYTHING CONCERNING MY SOVEREIGNTY, MY RIGHTS, OR ALLOW ANYTHING OTHER THAN FAIR AND APPROPIATE REPERATIONS ACCORDING TO LAW , AND THE CONSTITUTION. IF I SETTLE THESE ATROCITYS WILL CONTINUE TO GROW AND FESTER IN WHICH WUOLD VIRTUALY ELIMINATE ALL THIS COUNTRY WAS FOUDED ON.

        YOURS TRUELY
        PAUL DALEY